

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Shawn Scott Rasmussen,<br><br>　　　　　Defendant. | CR-17-00244-PHX-JJT(ESW)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256<br>(Distribution of Child Pornography)<br>Count 1<br><br>18 U.S.C. §§ 2252(a)(4)(B), and 2256<br>(Possession of Child Pornography)<br>Counts 2 - 10<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 17, 2015, in the District of Arizona, and elsewhere, defendant SHAWN SCOTT RASMUSSEN did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

1. 000167.avi
2. 000171.avi
3. 000178.mpg
4. 000179.avi
5. 000183.mpg
6. 000213.mpg
7. 000231.mpg
8. 000257.avi

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNTS 2-10

On or about August 5, 2015, in the District of Arizona, and elsewhere, defendant SHAWN SCOTT RASMUSSEN, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on each of the items below had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| COUNT | ITEM | FILE NAMES |
|---|---|---|
| 2 | Fantom external hard drive, Serial number SL0429698 | !!!NEW!! K_Ty_Pthc_Strip_And_Suck.avi |
|  |  | (Pedo) Cas-3-5.mpg |
|  |  | (Pthc) Kgirl 3yo (With Sound).mpg |
|  |  | (Pthc) !!! NEW !!! ann E-Blue Hotel_05(Ann_8).avi |
|  |  | (Pthc) !!! NEW !!! kellyplay.avi |

- 2 -

| | | | |
|---|---|---|---|
| | | | (Pthc) !!! New 0602 Amber – Virgin Pussy 11-12Yo Pedo Ptsc.avi |
| | | | (sdpa) nena de 3 anos semi penetrada(2).avi |
| | | | Ptsc_Jenny 9yo daughter tied up and dog licking her.avi |
| | 3 | Fantom external hard drive Serial number SA9131739 | !!! NEW !!! 2010 kait 5yo – chunk2 FK pthc.best.avi |
| | | | (Pthc) !!! New 0604 Luvnlily 3yo(1).avi |
| | | | (PTHC) Kelly 8Yo –Sucking & Trying Fuck.avi |
| | | | 3+4yr 2 Girls children sexually abused BEAUTIFUL_Venezuela part-2).mpg |
| | | | Frifam 3Yo Beauty02-Pp Bother This Rocks!!!.mpg |
| | | | Pthc 2009 3yo Pokehontas.avi |
| | | | Pthc Pedoland Frifam black girl 5yo anal vibrator.mpg |
| | | | (Pthc) !!! New 0602 Amber – Virgin Pussy 11-12Yo Pedo Ptsc.avi |
| | 4 | Fantom external hard drive Serial number SH853090 | (11 – 5yo Boy and Man by Webcam [k66].mpg) man boy fuck on webcam 7yo hot cum shot f4.avi |
| | | | [pre-tod+][boy][hc] toddler_nap [1.5yB+man-jerk_fingr_fk](01m59s).avi |
| | | | 8yo preteen getting fucked up arse by dad - pedo kdv pjk rbv rizmastar r_ygold boy preteens kidd.jpg |
| | | | Babyshivid-Samples 3Yo Gets It Every Way 5m46S kleuterkutje.avi |
| | | | Qqazz pedo pthc 1yo baby girl with cum all over her pussy.jpg |
| | 5 | Memorex brand DVD+R labeled "Assorted Hot Pics, (Pd-twink, YIFF, ETC.), +P101 & Daddy'sboy.net clips DVD 12-Reburn, 6/2005" | [8=D]brotherlove01[10 13Bz-anal_cum](04m52s).mpg |
| | | | [bHee][pre-tod+][hc][priv-'04.02.18]  1.5yB babyHee.mpg |
| | | | [priv][babyHi.x]1.5B-Lowe02_0-Crying baby boy(No Trade!).avi |

| | | |
|---|---|---|
| | | _____R_ygold Sex Gay Dad Rapes Baby Boy.jpg |
| | | 5yo dad trys to stuff.jpg |
| | | e419.JPG |
| | | e427.JPG |
| | | e439.JPG |
| | | e440.JPG |
| | | e508.JPG |
| | | ew244.jpg |
| | | ewa010.JPG |
| | | ewa011.JPG |
| | | ewa016.JPG |
| | | l&e004.jpg |
| | | p012.jpg |
| | | p101 14.mpg |
| | | Pedo_penetracion 7 anos 3.jpg |
| | | Pt Vicky Hc New Webcam Boy p101 Suck06-Capture03[2559896].mpg |
| | | R_ygold Fucking Baby Sleeping.mpg |
| 6 | Memorex CD-R labeled "Littleboy Aldo with man & zazoom & 8yo /w 30yo man clips" | Zadoom pedo boy 8yr – Man fuck little boy Part1.mpg |
| | | ZZ-178 – 3 little Peru boy + man {MPEG_1_VCD}.mpg |
| 7 | Memorex CD-R labeled "PJK 001 theu005, 11&23 (DeceCousin3CC,& Yng Pt boys fuck around in warehouse &, 10yo boy Fucked Deep inside-Preteen boy anal 01 & 02" | 10 YO Boy Fucked Deep Inside = preteen boy anal01.mpg |
| | | 10 YO Boy Fucked Deep Inside – preteen boy anal02.mpg |

| | | |
|---|---|---|
| 8 | Memorex CD-R labeled "HMV0004, 3yo Gets it Every way, ZZ1A11-1, 6yo Fuk /w sound, 6yo Ass fuck" | Babyshivid-Samples 3Yo Gets It Every Way Imaginable.mpg |
| | | R_ygold style SHOCKING 6YO FUK with sound.mpg |
| | | Xxx Vicky 6Yo Assfuck.mpg |
| 9 | Memorex CD-R labeled "PJK 2, 3, 4, 5, 25, 27, & ZB1 Lil Boy bondage, & 3bby" | (PTHC)-babyshivid_slave play_w-sound_NOBULL_JPNSE 4 yo cries_sq.avi |
| | | GOOD! 2yo girl getting raped during diaper change – Babyshivid-P.avi |
| | | GOOD! 3yo gets raped during bathtime_she cries! (PTHC) babyshiv.avi |
| | | Little Boy Bondage 11Yo And Men Full Version.avi |
| 10 | Memorex CD-R labeled "Bleisch – Boycrash.avi & Assfuck'd 4yo & Clips (unsure -.wmv vidlocked)" | 3yo gets raped_hymen visibly penetrated kiddy little girl young kiddyporn realkiddy child sex ba.rif |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

### FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 - 10 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-10 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not

limited to two desktop computers with hard drives, internal and external hard drives, and compact disks and DVD's seized by law enforcement on August 5, 2015, containing visual depictions of minors engaging in sexually explicit conduct and child erotica.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: February 14, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
GAYLE L. HELART
Assistant U.S. Attorney