ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
GAYLE L. HELART
Assistant U.S. Attorney
California State Bar No. 151861
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: gayle.helart@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-17-00244-PHX-JJT-ESW |
|---|---|
| Plaintiff, | **MOTION TO REOPEN DETENTION HEARING PURSUANT TO 18 U.S.C. § 3142(f).** |
| vs. | |
| Shawn Scott Rasmussen, | |
| Defendant. | |

The government, by and through its counsel, hereby moves to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f) because it is now seeking detention. The government requests a hearing as soon as possible.

On February 14, 2017, a federal grand jury returned an indictment charging Rasmussen with one count of Distribution of Child Pornography and 9 counts of Possession of Child Pornography, corresponding to 9 different computer electronic storage items containing child pornography. On March 3, 2017, the Honorable Eileen S. Willett released Rasmussen to reside at his residence with several conditions, including that he maintain GPS monitoring. Rasmussen has stayed in compliance with his conditions.

The parties continued their negotiations and reached a resolution, which provides that Rasmussen enters a plea to Count 2 (possession of child pornography), allow the Court to consider all the facts from the investigation, and for him to be sentenced to a term of imprisonment somewhere within a range of 2-8 years. A change of plea hearing is set for

Thursday, October 26, 2017.

Under the Bail Reform Act, 18 U.S.C. §3142(f), in relevant part, allows for the reopening of the detention hearing because it says:

> … The hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community. ...

At issue are the following change in circumstances that have just arisen: On Wednesday, October 18, 2017, Rasmussen's supervising pretrial services officer informed the government that Rasmussen is being evicted from his residence at 2:30 p.m. on October 18, 2017, for non-payment of rent. Rasmussen advised his supervising officer that he anticipates he will go to a homeless men's shelter in Phoenix (address known to pretrial services). The pretrial services officer checked into the possibility for Rasmussen to go to Crossroads, but one of their two facilities has no bed at the present time, and the second facility is too close to a school and will not take Rasmussen due to his charges. Further, although Rasmussen has stated defeatist type statements before (i.e. general expressions of suicidal ideation and claiming he has felt this way for a number of years), recently, has made statements to his supervising officer such as, "what do I have to live for?" This gives the government concern for the safety of Rasmussen and of the community.

The totality of the situation, therefore, is materially different than when this case was before the Court on March 3, 2017. Rasmussen's "residence" is now a homeless shelter, he has signed a plea agreement that calls for him to be convicted of a federal felony and receive a sentence of imprisonment of 2-8 years, and he has made concerning statements relating to the possibility of harming himself.

///

///

///

///

1 | The government requests this matter be set on the Court's calendar to reconsider the
2 | issue of detention. The government is seeking detention immediately.

Respectfully submitted this 18th day of October, 2017.

>ELIZABETH A. STRANGE
>Acting United States Attorney
>District of Arizona
>
>*s/ Gayle L. Helart*
>GAYLE L. HELART
>Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Jeremy Lee Huss,* Attorney for Defendant

*s/ Denise Trimble*